

FILED

06/28/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0310

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0310

JULIO JAY RAMIREZ,

Petitioner,

v.

LT. JASON VALDEZ,

Respondent.

FILED

JUN 2 8 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Julio Jay Ramirez petitions for habeas corpus, contending he "was not represented at arraignment nor was counsel attached, which violates the 6th Amendment['s] right to counsel as established in the U.S. Constitution." He states he was denied counsel from his October 21, 2021 arraignment until December 6, 2021. Thus, Ramirez argues his incarceration is illegal, pursuant to § 47-1-104(3), MCA, and requests that his pending criminal cases "be dismissed without prejudice." Ramirez includes copies of the October 22, 2021 Yellowstone County District Court's Order Appointing Office of State Public Defender as well as the October 21, 2021 Minute Entries.

Ramirez has two criminal cases pending in the District Court. On October 21, 2021, the District Court held an arraignment in both cases, and Ramirez appeared via video from the Yellowstone County Detention Center. The court noted the presence of counsel, included Deputy County Attorney Christopher Morris and Natasha Hammack of the Office of Public Defenders. Ramirez entered a not guilty plea to two counts of felony sexual intercourse without consent in one case, and in the other, Ramirez pleaded not guilty to felony assault with a weapon along with two misdemeanors. The court advised him of the charges, possible punishment, and his constitutional rights, and set bail of $250,000. Ramirez received copies of the affidavit and information. The court also appointed the Office of Public Defenders to represent Ramirez.

Thus, contrary to Ramirez's claim, Ramirez had counsel to represent him at his arraignment. Ramirez also received a Notice of Appearance on December 6, 2021, when a different attorney was substituted on his behalf. Pursuant to Montana statutes, Ramirez was not without counsel's representation during his arraignments and the time in question. Sections 46-8-101(1), and 47-1-104(4), MCA.

Habeas corpus affords an applicant an opportunity to challenge collaterally the legality of his present incarceration. Section 46-22-101(1), MCA; *Lott v. State*, 2006 MT 279, ¶ 14, 334 Mont. 270, 150 P.3d. 337. Ramirez has appointed counsel to represent him in District Court, and his incarceration is due to his two pending matters. He is not entitled to dismissal of the charges. Upon the issuance of final judgments, Ramirez has the remedy of appeal. Section 46-20-104(1), MCA. Therefore,

IT IS ORDERED that Ramirez's Petition for Writ of Habeas Corpus is DENIED.

The Clerk is directed to provide a copy of this Order to: the Honorable Jessica T. Fehr, District Court Judge; Terry Halpin, Clerk of Court, Yellowstone County, under Cause Nos. DC 21-1290 and DC 21-1325; Hallie E. Bishop, Deputy County Attorney; David Garfield, Defense Counsel; counsel of record; and Julio Jay Ramirez personally.

DATED this 28 day of June, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices

2